IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA LICENSE AND INSPECTION, et al. | : | CIVIL ACTION |
| | : | |
| | : | No. 20-1035 |
| v. | : | |
| | : | |
| CHARMAINE PRATER, et al. | : | |

## ORDER

AND NOW, this 4th day of March, 2020, upon consideration of Charmaine Prater's Motion to Proceed In Forma Pauperis and her Notice of Removal, it is ORDERED:

1. Prater's Motion to Proceed In Forma Pauperis (Document 1) is GRANTED pursuant to 28 U.S.C. § 1915.

2. Prater's Notice of Removal (Document 2) is DEEMED filed.

3. This case is REMANDED to the Philadelphia Court of Common Pleas, pursuant to 28 U.S.C. § 1447(c), because this Court lacks subject matter jurisdiction.

4. The Clerk of Court is DIRECTED to CLOSE this case.

BY THE COURT:

Juan R. Sanchez, C.J.